UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT # 1

AHMED ALI FARAH

V

EJT MANAGEMENT Inc.
EDDIE, OWNER

## COMPLAINT

### PARTIES

1. THE PLAINTIFF IS A RECIDENT OF ROXBURY, SUFFOLK COUNTY, MASSACHUSETTS AND IS A CITIZEN OF THE UNITED STATES.

2. THE DEFENDANT EDDIE IS A RESIDENT OF BOSTON, MASSACHUSETTS AND IS A CITIZEN OF THE UNITED STATES.

### JURISDICTION

3. THIS COURT HAS JURISDICTION OVER THIS MATTER PURSUANT TO U.S. C.& 1332.

I'm writing this complaint against the EJT management, Inc, (a taxi company) based in Boston for the following seasons:

I'm strongly convinced that I have been discriminated and that my Equal Employment Opportunity Rights have been violated because of my natural disability by the EJT management, Inc. I worked hard for months to obtain a Hackney driver's License from the Boston Police Headquarters and luckily I successfully passed the test and received my license. After that I went to the Boston Cab to be registered as a Boston Cab Driver, where most of the cab drivers lease cabs. I presented my application to one of the managers Mr. Rafi, but he did not receive me well and he said " You are disabled and you can not drive our cabs, go some other place, we don't accept you here". I was deeply upset and I got very disappointed and told him that I will go to the justice, with loud voice. As I was leaving the premise someone called me and that person was Mr. Eddie, the owner of the company. He took me to his office and I have explained to him

hat happened. He tried to convince me that this kind of job is not appropriate for me and that I will not be successful in this business. But I insisted my decision and told him if I am not treated as any other Hackney Driver's License holders that I will look for justice and file a complaint to the competent authority that this matter concerns.

The owner finally told me to come back another day and he promised to register me as his employee. I came back and paid the $200.00 fee for the class and got my permission to lease the Boston Cab. One day I had a minor accident with another cab while standing in a Taxi stand in front of an hotel, but he other taxi driver and I resolved the problem since there was not a visible damage to any of our cars. After some time the company's Management heard about the accident and called me. They told me that I couldn't lease any cab from their company unless I pay $5000.00 to repair the damage of the cab I inflicted the damage. That accusation was false and initial point to make a case against me so that they could pursue their prior prejudice against my natural disability. After that happened to me I filed a grievance against the company at the MCAD and EEOC offices. The result of my grievance to the above mentioned offices looked to me unjust and no apparent decision was made of my case and I was directed by those offices to file a complaint to the District Court as you can see from the attached papers. Therefore, I am very kindly requesting to obtain a just decision about my complaint against the ETJ management, Inc.

Thank you.

Very sincerely,

Ahmed Ali Farah

30 Walnut prk #3
Roxbury MA- 02119
617-427-4576
617 445- 7776