UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AHMED ALI FARAH,            )
    Plaintiff,           )
                    )          CIVIL ACTION NO.
      v.               )          04-11973-NMG
                    )
EJT MANAGEMENT, INC., ET AL, )
    Defendants.          )

**ORDER OF DISMISSAL**

GORTON, District Judge

On October 8, 2004 a Memorandum and Order (#4) issued, directing the Plaintiff to either pay the $150 filing fee or submit a fully completed application to proceed without prepayment of fees within thirty-five (35) days of that Order. The Memorandum and Order further directed the Plaintiff to show cause why this action should not be dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2) for the reasons stated therein. To date, Plaintiff has not filed any response to the October 8, 2004 Memorandum and Order.

Accordingly, for failure to comply with the October 8, 2004 Memorandum and Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

BY THE COURT,

/s/ Craig Nicewicz
Deputy Clerk

Dated: December 14, 2004

1